[No. 46939–3.   En Banc.   August 27, 1981.]

GREEN RIVER COMMUNITY COLLEGE, ET AL, *Respondents,* v. HIGHER EDUCATION PERSONNEL BOARD, ET AL, *Petitioners.*

BRACHTENBACH, C.J., and STAFFORD and HICKS, JJ., dissent by separate opinion.

*Kenneth O. Eikenberry, Attorney General,* and *Clifford D. Foster, Assistant,* for petitioner Higher Education Personnel Board.

*Dean A. Floyd* and *Audrey B. Eide,* for petitioners Washington Federation of State Employees, et al.

*Kenneth O. Eikenberry, Attorney General, Richard M. Montecucco, Senior Assistant,* and *David A. Saraceno* and *Stuart Allen, Assistants,* for respondents.

WILLIAMS, J.—An opinion in this case was reported in *Green River Community College v. Higher Educ. Personnel Bd.,* 95 Wn.2d 108, 622 P.2d 826 (1980). We granted reconsideration, and now adhere to our prior opinion, except that the final sentence of footnote 1 in that opinion is stricken.

ROSELLINI, UTTER, DOLLIVER, DORE, and DIMMICK, JJ., concur.

BRACHTENBACH, C.J. (dissenting)—I dissent for the reasons stated in the original case reported at 95 Wn.2d 108, 121, 622 P.2d 826 (1980).

STAFFORD and HICKS, JJ., concur with BRACHTENBACH, C.J.